**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-00219-KK-JDEx** | Date: | February 27, 2026 |
|---|---|---|---|

| Title: | ***Sagar Rana v. Warden of the Desert View Facility et al.*** |
|---|---|

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order DISMISSING Petition for Writ of Habeas Corpus [Dkt. 1]**

On February 3, 2026, the Court granted Petitioner's Motion for a Temporary Restraining Order and ordered, among other things, Petitioner's immediate release from Respondent's custody. ECF Docket No. ("Dkt.") 12, ("TRO Order").  The Court further ordered Respondents to show cause as to why a preliminary injunction should not be issued.  Id.

On February 6, 2026, Respondents filed a status report stating Petitioner had been released from custody.  Dkt. 13.  On February 10, 2026, Respondents filed a Response requesting dismissal of Petitioner's Petition for Writ of Habeas Corpus, dkt. 1.  Dkt. 14, Response.  To date, Petitioner has failed to file a response objecting to Respondents' request.

The Court construes Petitioner's failure to oppose or otherwise respond to Respondents' request for dismissal as consent to dismissal.[1]  See C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion.").  Accordingly, the Petition for Writ of Habeas Corpus is hereby **DISMISSED**.

**IT IS SO ORDERED.**  (JS-6)

---

[1] Petitioner's optional Reply was due on February 13, 2026.  See TRO Order at 7.

| Page **1** of **1** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DC |
|---|---|---|